975 F.2d 1552
 Testa (Frank J., Jr.)
v.
Hotel Employees and Restaurant Employees International
Union, AFL-CIO, Hanley (Edward T.), Gerace (Frank), Silbert
(Roy), Executive Bd. of Local 54, Zarus (Evelyn), Wolfson
(Robert), Anderson (Betty), Bocchicchio (Felix), Burgess
(Cindy), Erace (Joe), Hilferty (Timmie), Johnson (Jody),
Pollack (Justin), Materio (Frank), Wilson (R.), Bader (Ed),
Tenuto (Mike), Mahoney (Laurel), Rogers (Tom), Martinez (Jack)
 NO. 92-5157
 United States Court of Appeals,
Third Circuit.
 Aug 05, 1992
 
 Appeal From: D.N.J.,
 Richards, J.
 
 
 1
 AFFIRMED.